In the Matter of FRANK MESTECKY, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted June 20, 2016; decided August 25, 2016

Motion to vacate this Court's June 1, 2016 dismissal order granted [*see* 27 NY3d 1127 (2016)].

In the Matter of RAYMOND NEWCOMB et al., Appellants, v MIDDLE COUNTRY CENTRAL SCHOOL DISTRICT, Respondent.

Submitted July 18, 2016; decided August 25, 2016

Motion by Academy of Trial Lawyers for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

THOMAS J. O'BRIEN, JR., Respondent, v PORT AUTHORITY OF NEW YORK AND NEW JERSEY et al., Appellants, and SILVER-STEIN PROPERTIES, INC., et al., Defendants.

Submitted June 27, 2016; decided August 25, 2016

Motion to strike portions of respondent's brief denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO ARJUNE, Appellant.

Submitted August 15, 2016; decided August 25, 2016

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.